# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

### 2025 ND 144

In the Matter of the Vacancy in Judgeship No. 4, with Chambers in Devils Lake, Northeast Judicial District

### No. 20250227

**Per Curiam.**

[¶1]   On June 25, 2025, Governor Kelly Armstrong notified the Supreme Court of the retirement of the Honorable Donovan J. Foughty, Judge of the District Court, Northeast Judicial District, effective September 30, 2025. Judge Foughty's retirement creates a vacancy under N.D.C.C. § 27-05-02.1.

[¶2]   Under N.D.C.C. § 27-05-02.1, within 90 days of receiving notice of a vacancy, this Court is required to determine whether the office is necessary for effective judicial administration. This Court may, consistent with that determination, order the vacancy filled, order the vacant office transferred to another judicial district in which an additional judge is necessary, or abolish the vacant judicial office, with or without a transfer.

[¶3]   Under N.D. Sup. Ct. Admin. R. 7.2, notice of a written consultation with attorneys and judges and other interested persons in the Northeast Judicial District was posted June 30, 2025, on the website of the Supreme Court regarding the vacancy created by Judge Foughty's retirement in Judgeship No. 4. Written comments on the vacancy were permitted through July 28, 2025. This procedure is sufficient for purposes of the consultation required under N.D.C.C. § 27-05-02.1.

1

[¶4]   Comments were received in favor of retaining this judgeship in its current location from Judge Foughty, an attorney, county commissioners, and a local bar association. No comments or petitions were received to relocate this vacancy. A report containing population and caseload trends, and other criteria identified in Sup. Ct. Admin. R. 7.2, Section 4, was filed July 16, 2025, by the Northeast Judicial District. The State Court Administrator filed weighted caseload statistics for calendar years 2024 and 2025 for the Northeast Judicial District and statewide, with the 2025 data annualized to project totals.

[¶5]   The Northeast Judicial District is comprised of Benson, Bottineau, Cavalier, McHenry, Pembina, Pierce, Ramsey, Renville, Rolette, Towner and Walsh counties. The district has six judges, with one judge chambered in Cavalier-Langdon, one in Bottineau, Grafton, and Rugby, and two judges chambered in Devils Lake. This district does not have a judicial referee. The district has one juvenile treatment court. According to the district's report, Judgeship No. 4 is responsible for all caseload in Benson and Ramsey counties and may be assigned to any case within the district in which a recusal or demand is filed.

[¶6]   The population of the counties in the Northeast district decreased one percent from 2022 to 2024. The total case filings for the district is projected to increase one percent in 2024/2025 as compared to 2023/2024. An increase in contract collection case filings is expected. Case filings are expected to slightly decrease in felony and misdemeanor cases. The weighed caseload report shows that the two-year average need for judicial officers in the Northeast Judicial District increased slightly from 4.69 in 2023/2024 to 4.92 in 2024/2025. The report reflects a district overage of 1.08 judicial officers based on the 2024/2025 two-year average. The need for judicial officers for the treatment court is 0.048 judicial officers.

[¶7]   Under the criteria of Section 4 of N.D. Sup. Ct. Admin. R. 7.2, this Court has considered all submissions and its own administrative records on statewide weighted caseload data.

[¶8]   Based on the record before us, this Court determines this office is necessary for effective judicial administration in its present location.

[¶9]   IT IS HEREBY ORDERED, that Judgeship No. 4 at Devils Lake in the Northeast Judicial District be filled in the manner provided by N.D.C.C. ch. 27-25.

[¶10]  Jon J. Jensen, C.J.
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte
       Douglas A. Bahr